**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: James P. Butera aka Jim Butera           CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 24-21179 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*
PA Western BK
22 May 2024, 17:01:48, EDT

Denise Carlon, Esq. (317226) ☐
Brent Lemon, Esq. (86478) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com