Form RSC13

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 24−21179−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   James P. Butera
   aka Jim Butera
   105 Maple Drive
   Industry, PA 15052

Social Security No.:
   xxx−xx−9558

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>September 9, 2024<br>09:00 AM<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | CONFIRMATION HEARING DATE/TIME/LOC<br>September 9, 2024<br>09:00 AM<br><br>Same location as<br>Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/22/24

BY THE COURT

Gregory L Taddonio
Chief Bankruptcy Jud

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 24-21179-GLT |
|---|---|
| James P. Butera | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2024 | Form ID: rsc13 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James P. Butera, 105 Maple Drive, Industry, PA 15052-1745 |
| 15717559 | + | Municipal Authority - Borough of Midland, PO Box 919, Bloomsburg, PA 17815-0919 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2024 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2024 23:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 22 2024 23:47:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 22 2024 23:47:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15717545 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 23 2024 00:05:50 | Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 15808669 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 22 2024 23:47:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15717550 | | Email/Text: cfcbackoffice@contfinco.com | Jul 22 2024 23:47:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 15717549 | | Email/Text: cfcbackoffice@contfinco.com | Jul 22 2024 23:47:00 | Continental Finance Co, Pob 8099, Newark, DE 19714 |
| 15717566 | | Email/Text: cfcbackoffice@contfinco.com | Jul 22 2024 23:47:00 | Verve Mastercard, PO Box 6812, Carol Stream, IL 60197-6812 |
| 15717548 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2024 23:51:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15717547 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2024 23:51:25 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15717553 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2024 23:51:28 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15717551 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2024 23:51:36 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15821172 | + | Email/Text: jdryer@bernsteinlaw.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 22 2024 23:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15717555 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 22 2024 23:47:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15820197 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 22 2024 23:47:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15717556 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2024 23:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15816223 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2024 23:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15820308 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2024 23:51:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15717557 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2024 23:47:00 | Lakeview Loan Servicing, 4425 Ponce De Leon Boulevard, MS 5-251, Miami, FL 33146-1839 |
| 15809502 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 22 2024 23:51:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15717558 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 22 2024 23:51:20 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15719280 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 22 2024 23:47:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15717560 | ^ | MEBN | Jul 22 2024 23:47:29 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15807635 | + | Email/Text: ebnpeoples@grblaw.com | Jul 22 2024 23:47:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 15814858 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2024 23:47:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15811823 | + | Email/Text: shari.stephenson@revcosolutions.com | Jul 22 2024 23:47:00 | REVCO SOLUTIONS, INC., 9339 PRIORITY WAY WEST DR #120, INDIANAPOLIS, IN 46240-6430 |
| 15717563 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 22 2024 23:47:00 | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15717561 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 22 2024 23:47:00 | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15717565 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 22 2024 23:47:00 | TBOM, 5 Concourse Parkway, Atlanta, GA 30328-5350 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 15717567 | | Wife |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15717546 | *+ | Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 15809228 | *+ | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 15717554 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15717552 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15717564 | *+ | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15717562 | *+ | Santander Consumer Usa, Po Box 961211, Fort Worth, TX 76161-0211 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jul 22, 2024 | Form ID: rsc13 | Total Noticed: 32

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor James P. Butera julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 7