**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/19/2025

IN RE:

| | |
|---|---|
| JAMES P. BUTERA<br>105 MAPLE DRIVE<br>INDUSTRY,  PA  15052<br>XXX-XX-9558          Debtor(s) | Case No.24-21179 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/19/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | 1 | 0.00% | | NOTICE ONLY | | 0.00 | DUQ LITE/PRAE |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | 2 | 0.00% | | NOTICE ONLY | | 0.00 | PEOPLES/PRAE |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | 3 | 0.00% | | NOTICE ONLY | | 0.00 | LAKEVIEW LN/PRAE |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O NATIONSTAR MORTGAGE LLC D/B/A MR COO<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | 4 | 0.00% | 10 | MORTGAGE REGULAR PAYMEN | 1737 | 0.00 | PMT/DECL\*1050/PL\*DKT4PMT-LMT\*BGN 6/24\*FR FLAGSTAR-DOC 44 |
| **MUNICIPAL AUTHORITY BOROUGH OF MIDLAND**<br>ATTN: DIVERSIFIED TECHNOLOGY - COLLECTOR<br>PO BOX 919<br>BLOOMSBURG, PA  17815 | 5 | 10.00% | | SECURED CREDITOR | 3001 | 1,437.73 | $@10%/PL |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX  76161 | 6 | 10.00% | 5 | VEHICLE | 9100 | 33,675.00 | $CL5GOV@10%\*PMT/CONF\*35254@6%/PL\*W/25\*TOTALED-SEE FORUM! |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | 7 | 0.00% | 2 | PRIORITY CREDITOR | 9558 | 5,410.18 | 5376@0%/PL\*TAX YR 2023/SCH-CL-PL |
| **AFFIRM INC**<br>30 ISABELLA ST<br>FLOOR 4<br>PITTSBURGH, PA  15212 | 8 | 0.00% | | UNSECURED CREDITOR | 6DRA | 0.00 | |
| **AFFIRM INC**<br>30 ISABELLA ST<br>FLOOR 4<br>PITTSBURGH, PA  15212 | 9 | 0.00% | | UNSECURED CREDITOR | QWW7 | 0.00 | |
| **JEFFERSON CAPITAL SYSTEMS LLC (\*)**<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | 10 | 0.00% | 9 | UNSECURED CREDITOR | 4296 | 283.72 | CAP 1\*REF 3926151700 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **REVCO SOLUTIONS INC**<br>9339 PRIORITY WAY WEST DR #120<br><br>INDIANAPOLIS, IN 46240 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number: 7<br><br>CLAIM: 902.31<br>COMMENT: ST CLAIR MEDICAL*x9744/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2534 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 1,379.82<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1239 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 899.77<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8633 |
| **DUQUESNE LIGHT COMPANY (*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 589.61<br>COMMENT: X3075/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9734 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br><br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 1,867.58<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6494 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 1,504.52<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1823 |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br><br>FT WORTH, TX 76161 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 6,861.40<br>COMMENT: DISPUTED/SCH*DFCNY BAL*COSIGNER=SHERRI L | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3396 |
| **TBOM RETAIL**<br>PO BOX 4499<br><br>BEAVERTON, OR 97076 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2285 |
| **VERVE MASTERCARD**<br>PO BOX 8099<br><br>NEWARK, DE 19702 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9744 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: WIFE?/SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CF MEDIC**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 280.44<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1746 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 109.89<br>COMMENT: $CL-PL@0%/PL*NT/SCH*TAX YR 2021/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9558 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 10.15<br>COMMENT: NT/SCH*TAX YR 2021 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9558 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 26.88<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9558 |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX 76161 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 321.26<br>COMMENT: NO GEN UNS/SCH*W/6*TOTALED!SEE FORUM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9100 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O NATIONSTAR MORTGAGE LLC D/B/A MR CO<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 10 | CLAIM: 23,749.96<br>COMMENT: CL10GOV*15,000/PL*THRU 5/24*FR LAKEVIEW/FLAGSTAR-DOC 44 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1737 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O NATIONSTAR MORTGAGE LLC D/B/A MR CO<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 10 | CLAIM: 500.00<br>COMMENT: PAY/CONF*NT PROV/PL*BK/POC FEES INCURRED 7/17/24*POA*DOC 44 | CRED DESC: POST PETITION FEE NOTICE<br>ACCOUNT NO.: 1737 |
| **ALDRIDGE PITE LLP**<br>3333 CAMINO DEL RIO SOUTH STE 225<br>SAN DIEGO, CA 92108 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NATIONSTAR MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |