FILED
12/17/25 5:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-21179 GLT |
| James P. Butera, ) | Chapter 13 |
| *Debtor* ) | |
| ) | 49 and |
| ) | Related to Docket No. 52 |
| James P. Butera, ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| Santander Consumer USA Inc. d/b/a ) | |
| Chrysler Capital, The General Insurance, ) | |
| *Respondent* ) | |

**CONSENT ORDER OF COURT**

AND NOW, to wit, this  17th  day of    December    , 2025, it is hereby ORDERED, ADJUDGED and DECREED, that

1) The parties agree that the Respondent did not receive any part of the insurance proceeds or any other payoff on the totaled 2021 Jeep Wrangler, and as such is still owed $24,701.63 on their claim filed at Claim Number 5;

2) The Chapter 13 Trustee is authorized to pay the insurance proceeds she received on the totaled 2021 Jeep Wrangler in satisfaction of the Respondent's secured claim;

3) The Chapter 13 Trustee is authorized to close the secured claim on her payment records;

4) The Respondent shall release its lien on the title for the 2021 Jeep Wrangler and deliver the title to the insurance company to the extent required by the insurance company within thirty (30) days of the date of this order; and,

5) The Motion for an Order of Court Compelling the Production of Documentation That Reflects the Disbursement and Receipt of All Insurance Proceeds For the Total Loss

of Debtor's 2021 Jeep Wrangler filed at docket number 49 shall be treated as resolved

and the hearing scheduled for January 14, 2026 at 9:30 a.m. is hereby cancelled.

Dated: 12/17/25

_____
Gregory L. Taddonio
U.S. Bankruptcy Judge

Consented to by:

/s/ William Craig                              /s/ Kenneth Steidl
William Craig, Esquire                    Kenneth Steidl, Esquire
Attorney for the Respondent         Attorney for the Debtor


/s/ Owen Katz
Owen Katz, Esquire
Office of the Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21179-GLT |
| James P. Butera | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 18, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James P. Butera, 105 Maple Drive, Industry, PA 15052-1745 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 20, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor James P. Butera julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Dec 18, 2025     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

William E. Craig
   on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com
   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7